## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

JOSE A. RODRIGUEZ,

                        Plaintiff,                    25 **CIVIL** 3775 (KMW)

        -against-                      **JUDGMENT**

MORTON WILLIAMS; MORTON WILLIAMS,
OWNER; FRANCISCO – LAST NAME UNKNOWN,
SECURITY GUARD; UNKNOWN MANAGER ON
DUTY ON 4-26-25 AT 8PM,

                        Defendants.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Order dated September 3, 2025, the Court dismisses this action, filed IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).  The Court declines to exercise supplemental jurisdiction over any state law claims Plaintiff may be asserting. *See* 28 U.S.C. § 1367(c)(3). Nothing in the Order limits Plaintiff's right to seek any relief to which he may be entitled in state court. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**Dated:**  New York, New York

      September 8, 2025

                                                              **TAMMI M. HELLWIG**
                                                             **Clerk of Court**

                                  **BY:**      *K. Mango*

                                                                 **Deputy Clerk**